| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO.: |
| CHRISTIAN BALDERAS, | ) | 45D1 01705CI0 0 8 9 |
| PLAINTIFF, | ) | **Filed in Clerk's Office** |
| VS. | ) | MAY 03 2017 |
| TARGET CORPORATION, | ) | *Michael A. Brown* |
| DEFENDANT. | ) | CLERK LAKE CIRCUIT COURT |

## COMPLAINT FOR DAMAGES

**COMES NOW** the Plaintiff, Christian Balderas, by undersigned counsel, and for his

Complaint for Damages against Defendant Target Corporation, does allege and state the

following:

### PARTIES

1.     Plaintiff Christian Balderas (hereinafter referred to as "Plaintiff") is a resident of

Lake County, Indiana.

2.     Defendant Target Corporation (hereinafter referred to as "Defendant") upon

information and belief is now, and at all times mentioned in this complaint was, a foreign for-

profit corporation with its principal office located at 1000 Nicollet Mall, TPS 3155, Minneapolis,

Minnesota, and with its Munster, Indiana store location at 8005 Calumet Avenue in Munster,

Indiana.

### JURISDICTION AND VENUE

3.     This court has jurisdiction over this matter pursuant to Indiana Trial Rule 75. All

events occurred in Lake County, Indiana.



## FACTS COMMON TO ALL COUNTS

4.     On March 18th, 2016, Plaintiff was an invitee at Defendant's shopping facility located at 8005 Calumet Avenue in Munster, Indiana.

5.     While at Defendant's facility, Plaintiff walked down an aisle towards the back of the store.

6.     While walking down the store aisle, Plaintiff slipped on food on the floor.

7.     Plaintiff sustained injuries and damages as a direct result of this incident.

## COUNT I: NEGLIGENCE-PREMISE LIABILITY

8.     Plaintiff restates and affirms paragraphs one (1) through seven (7) above, as if the same were wholly set out herein.

9.     Defendant had a duty to observe reasonable care and maintain safe conditions for its invitees.

10.     Defendant knew, or should have known, that a condition existed that created an unreasonable danger to invitees.

11.     Defendant should have expected that invitees would not discover or realize the danger, or would fail to protect against the danger.

12.     Defendant breached its duty to observe reasonable care.

13.     Defendant breached its duty to maintain safe conditions.

14.     As a direct and proximate result of Defendant's breaches of duty, Plaintiff has suffered physical, emotional, and pecuniary injuries and damages.

## PLAINTIFF'S REQUEST FOR RELIEF

WHEREFORE, Plaintiff, by counsel, respectfully requests that this Honorable Court ___ award him damages in an amount to be determined at jury trial and sufficient to compensate him

for the damages he suffered as a result of Defendant's actions and inactions, and for all other relief just and proper.

Respectfully submitted,

ALEX MENDOZA LAW, LLC

Steve Davies, Atty. No. 27801-64
6950 Indianapolis Blvd.
Hammond, IN 46324
Phone:        219-200-2000
Facsimile:    866-676-4550
E-Mail:       info@alexmendozalaw.com
Attorneys for the Plaintiff

## PLAINTIFF'S REQUEST FOR TRIAL BY JURY

COMES NOW the Plaintiff, by counsel, and respectfully requests that the Court set this matter for trial by jury.

Respectfully submitted,

ALEX MENDOZA LAW, LLC

Steve Davies, Atty. No. 27801-64
6950 Indianapolis Blvd.
Hammond, IN 46324
Phone:        219-200-2000
Facsimile:    866-676-4550
E-Mail:       info@alexmendozalaw.com
Attorneys for the Plaintiff