UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHRISTIAN BALDERAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:17-cv-00270 |
| TARGET CORPORATION | ) ) ) |
| Defendant. | ) ) |

### REPORT OF MEDIATOR

This serves to report that the parties attended mediation on November 5, 2019, by counsel and in person, and that the matter is resolved. The parties to file appropriate dismissal documents with the Court.

Respectfully submitted,
/s/ David A. Wilson
David A. Wilson (#19629-64)
David Wilson Law Offices, P.C.
8973 Broadway
Merrillville, IN 46410
(219) 661-7503
David@DAWilsonLaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019 I filed the foregoing pleading with the Clerk of the Court, and that all parties will be served via the CM/ECF system.

/s/ David A. Wilson