# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CHRISTIAN BALDERAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:17-CV-00270-JEM |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, now move to dismiss this cause of action with prejudice.


**Alex Mendoza Law, LLC**

*/s/ Roberto "Alex" Mendoza*
Roberto "Alex" Mendoza, #30766-49
6950 Indianapolis Blvd
Hammond, IN 46324
219-200-2000
Alex@alexmendozalaw.com
*Attorney for Plaintiff*

**JOHNSON & BELL, P.C.**

*/s/ Edward W. Hearn*
Edward W. Hearn, #18691-64
11051 Broadway, Suite B
Crown Point, IN 46307
219-791-1900
hearne@jbltd.com
*Attorneys for Defendant*