# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CHRISTIAN BALDERAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TARGET CORPORATION, )<br>    Defendant. ) | CAUSE NO.: 2:17-CV-270-JEM |

## ORDER

This matter is before the Court on a Stipulation of Dismissal with Prejudice [DE 81], filed by the parties on January 13, 2020. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 15th day of January, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record